UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BROCK W. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 7:22-CV-203-BO-RJ |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.


**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the
Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the
Commissioner for further proceedings.


**This judgment filed and entered on August 9, 2023, and served on:**
Jonathan Miller (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Thomas Zimarowski (via CM/ECF NEF)


                                        PETER A. MOORE, JR., CLERK
August 9, 2023

                                         /s/ Lindsay Stouch_____
                                        By: Deputy Clerk