IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-203-BO-RJ

| | |
|---|---|
| BROCK W. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING ATTORNEY'S |
| ) | FEES PURSUANT TO |
| FRANK BISIGNANO, ) | 42 U.S.C § 406(b) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On August 9, 2023, a Judgment and an Order were entered and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On December 21, 2023, Administrative Law Judge John A. Thawley issued a Fully Favorable Decision granting Plaintiff his Social Security Disability benefits.

Pending before this Court is attorney Jonathan P. Miller's (Plaintiff's Counsel) Amended Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b). Plaintiff's Counsel requests an award of attorney fees in the amount of $16,057.50. Plaintiff's Counsel has also acknowledged that the $9,000.00 awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 should be returned to Plaintiff.

Plaintiff's Counsel's Motion is hereby GRANTED. Defendant is Ordered to pay $16,057.50 to Plaintiff's Counsel, Jonathan P. Miller, pursuant to 42 U.S.C. § 406(b) for work performed in Federal District Court. Plaintiff's Counsel shall return the $9,000.00 in EAJA fees to Plaintiff.

1

Case 7:22-cv-00203-BO-RJ    Document 24    Filed 06/11/25    Page 1 of 2

SO ORDERED this 10 day of June, 2025.

*[signature: Terrence Boyle]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2

Case 7:22-cv-00203-BO-RJ    Document 24    Filed 06/11/25    Page 2 of 2