UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BROCK W. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ATTORNEY FEES** |
| v. | ) | **JUDGMENT** |
| | ) | |
| FRANK J. BISIGNANO, | ) | 7:22-CV-203-BO-RJ |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the Defendant is Ordered to pay $16,057.50 to Plaintiff's Counsel, Jonathan P. Miller, pursuant to 42 U.S.C. § 406(b) for work performed in Federal District Court. Plaintiff's Counsel shall return the $9,000.00 in EAJA fees to Plaintiff.

**This judgment filed and entered on June 11, 2025, and served on:**
Jonathan Miller (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Thomas Zimarowski (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)

June 11, 2025

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk